PROB 12B
(7/93)



# United States District Court

for

*District of Guam*

**FILED**

DISTRICT COURT OF GUAM

MAR 1 2 2007 *rb*

MARY L.M. MORAN
CLERK OF COURT

## Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender:    **James Chung Acfalle**                  Case Number: **CR 01-00046-001**

Name of Sentencing Judicial Officer:        Honorable John S. Unpingco

Date of Original Sentence:        September 11, 2002

Original Offense:        Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §841(a)(1).

Original Sentence:        A 78 month term of imprisonment; five years supervised release, with the following conditions: participate in a substance abuse and vocational programs approved by the Bureau of Prisons; obey all federal, state, and local laws; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not to possess a firearm or other dangerous weapon; not use or possess illegal controlled substances' refrain from the use of any and all alcoholic beverages; submit to one urinalysis test within 15 days of release from custody and, to two more urinalysis thereafter; be assessed for substance or alcohol abuse. If it is determined that he is in need of treatment, he shall participate in a substance abuse program approved by the U.S. Probation Office for treatment of narcotics addiction or drug or alcohol dependency, which will include testing for the detection of substance abuse. He shall also make a payment for treatment at a rate to be determined by the U.S. Probation Office; obtain and maintain gainful employment; perform 400 hours of community service. Court recommends that the defendant be allowed to serve his term of community service through coaching of youth athletic teams; and pay a $100 special assessment fee.

Type of Supervision:  Supervised Release                  Date Supervision:  May 8, 2008

## PETITIONING THE COURT

☐   To extend the term of supervision            years, for a total term            years.

☒   To modify the conditions of supervision as follows:

1.    The releasee shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the Probation Officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The releasee shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On February 5, 2007, the U.S. Probation Office received a request from the Federal Bureau of Prisons for assistance on modifying James Acfalle's supervised release conditions. On November 30, 2006, Mr. Acfalle requested for Community Corrections Center (CCC) placement to his parents' residence in Fresno, California. A pre-release assessment was conducted by Senior U.S. Probation Officer Melinda Peyret of the Eastern District of California, who deemed the home to be suitable for eventual placement upon his release. Ms. Peyret stated, however, that the case will not be accepted until Mr. Acfalle's supervised release conditions are modified to include a warrantless search condition. She further related that the search condition is required to effectively supervise Mr. Acfalle, who was convicted of a drug offense. Mr. Acfalle will complete the 500-hour Residential Drug Abuse Treatment Program on May 21, 2007.

This Officer respectfully requests that the Court modify Mr. Acfalle's supervised release conditions as requested by the Eastern District of California and the Bureau of Prisons. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Acfalle's consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON

U.S. Probation Officer
Supervision Unit Leader

Date: 2/26/07

Respectfully submitted,

by: Judy Anne J. Ocampo
JUDY ANNE L. OCAMPO

U.S. Probation Officer

Date: 2/27/07

THE COURT ORDERS

☐ No Action.

☐ The Extension of Supervision as Noted Above.

☑ The Modification of Conditions as Noted Above.

☐ Other:

**RECEIVED**

MAR - 1 2007

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

3/12/07

Date

Prob 49

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The releasee shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The releasee shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Witness: _____
Shannon Miesner
Case Manager

Signed: _____
James Acfalle
Probationer or Supervised Releasee

Dated: _____ 1-24-07 _____